BLAKE J. RUSSUM (SBN 258031)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: blake.russum@rmkb.com

Attorneys for Defendant
THE LINCOLN NATIONAL LIFE INSURANCE
COMPANY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SETH ZIELICKE,<br><br>              Plaintiff,<br><br>v.<br><br>PICKFORD REAL ESTATE, INC.;<br>BHH AFFILIATES, LLC;<br>HOMESERVICES OF AMERICA,<br>INC.; DERGALIS ASSOCIATES,<br>LLC; THE LINCOLN NATIONAL<br>LIFE INSURANCE COMPANY; and<br>Does 1 through 100, inclusive,<br><br>              Defendant. | Case No. 2:19-cv-08121-RGK<br><br>[~~PROPOSED~~] ORDER DISMISSING<br>ENTIRE ACTION WITH<br>PREJUDICE |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice, and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: October 25, 2019        By: _Gary Klausner_____
                                    United States District Court Judge

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

4838-4784-2474.1